NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AFFYMAX, INC.,**
*Plaintiff-Appellant,*

v.

**JOHNSON & JOHNSON, ORTHO-MCNEIL PHARMACEUTICAL, INC., ORTHO PHARMACEUTICAL CORPORATION, R.W. JOHNSON PHARMACEUTICAL RESAERCH INSTITUTE, JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC, AND DOES 1-10,**
*Defendants-Appellees.*

---

2011-1388

---

Appeal from the United States District Court for the Northern District of Illinois, Judge Matthew F. Kennelly.

---

## ON MOTION

---

## ORDER

Upon consideration of the parties' motion for voluntary dismissal of the appeal, pursuant to Fed. R. App. P. 42(b),

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Any other pending motions are denied as moot.

(3) Each side shall bear its own costs.


FOR THE COURT


NOV 29 2011                              /s/ Jan Horbaly
_____                          _____
Date                                     Jan Horbaly
                                         Clerk

cc:  Richard de Bodo, Esq.
     Kathleen M. Sullivan, Esq.

s24

Issued As A Mandate: ___NOV 29 2011_____


FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 29 2011

JAN HORBALY
CLERK